# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LISA SANDILLO,**

      **Plaintiff,**

**-vs-**                    **Case No. 6:07-cv-1022-Orl-28KRS**

**MIDLANTIC MARKETING SOLUTIONS, INC.,**

      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration during a settlement conference conducted by the undersigned on October 23, 2007. The parties successfully resolved the case during this conference. Being directly involved in the settlement discussions, and having been advised of the terms of the settlement, I find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

   Accordingly, I recommend that the Court dismiss the case without prejudice subject to the right of any party to re-open the action within ninety (90) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

   Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

      Recommended in Orlando, Florida on October 24, 2007.

                                        *Karla R. Spaulding*
                                    KARLA R. SPAULDING
                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties
District Courtroom Deputy