**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LISA SANDILLO,

       Plaintiff,

-vs-              Case No. 6:07-cv-1022-Orl-28KRS

MIDLANTIC MARKETING SOLUTIONS, INC.,

       Defendant.
_____

## ORDER

This case is before the Court on a Report and Recommendation from United States Magistrate Judge Spaulding (Doc. No. 36) filed October 24, 2007, recommending that the settlement reached between the parties at a settlement conference conducted by her be approved.

After an independent *de novo* review of the record in this matter, and consideration of the Notices of No Objections to the Report and Recommendation filed by the Parties (Doc. Nos. 37, 38), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. That the Report and Recommendation filed October 24, 2007 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. The settlement of the Parties is approved.

3. This case is dismissed without prejudice subject to the right of any party to re-open the action within ninety (90) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are denied as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _5th_ day of November, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party